# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | Case No. 20-13005 (CSS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brian I. Swett of McGuireWoods LLP, 1251 Avenue of the Americas, 20th Floor, New York, New York 10020-1104 to represent Bank of America, N.A., as ABL Agent, in the above-captioned cases and any related proceedings.

Dated: November 23, 2020
      Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: knight@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443). The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

RLF1 24351623v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Illinois and New York and admitted to practice before the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 23, 2020

/s/ *Brian I. Swett*
Brian I. Swett
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
Email: bswett@mcguirewoods.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November 23rd, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 24351623v.1