**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NORTHWEST HARDWOODS, INC. | ) | Case No. 20-13005 (CSS) |
| Debtor. | ) | Tax I.D. No. 45-2065401 |
| In re: | ) | Chapter 11 |
| HARDWOODS INTERMEDIATE HOLDINGS II, INC. | ) | Case No. 20-13006 (CSS) |
| Debtor. | ) | Tax I.D. No. 45-2817760 |
| In re: | ) | Chapter 11 |
| HARDWOODS HOLDINGS, INC. | ) | Case No. 20-13007 (CSS) |
| Debtor. | ) | Tax I.D. No. 47-1153443 |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the *Motion of Debtors for Entry of an Order Authorizing Joint Administration of Chapter 11 Cases* (the "Motion")[1] filed by the above-captioned affiliated debtors and debtors-in-possession (the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C.

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

§ 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and the Court having considered the First Day Declaration; and the Court having determined that the legal and factual basis set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 20-13005 (CSS) in accordance with the provisions of Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. The official caption to be used by all parties on all pleadings and other documents filed in the jointly administered cases shall be as follows:

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | ) | Case No. 20-13005 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443). The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

As reflected in the caption set forth above, footnote 1 shall set forth a complete listing of the Debtors' names, as well as the last four (4) digits of each Debtor's tax identification number and the Debtors' mailing address.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Northwest Hardwoods, Inc., Case No. 20-13005 (CSS).

6. A docket entry shall be made in the chapter 11 case of each Debtor (other than Northwest Hardwoods, Inc.), substantially as follows:

> An order has been entered in this case consolidating this case with the case of Northwest Hardwoods, Inc., Case No. 20-13005 (CSS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 20-13005 (CSS) should be consulted for all matters affecting this case.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Chapter 11 Cases.

8. This Order shall take effect immediately upon entry.

9. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: November 24th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

27375679.2