IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | ) ) ) | Case No. 20-13005 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 10, 59 & 74** |

**<u>SUPPLEMENTAL</u> ORDER (A) AUTHORIZING PAYMENT OF CERTAIN PREPETITION WORKFORCE OBLIGATIONS, (B) AUTHORIZING CONTINUANCE OF WORKFORCE PROGRAMS, (C) AUTHORIZING PAYMENT OF WITHHOLDING AND PAYROLL-RELATED TAXES, (D) AUTHORIZING PAYMENT OF PREPETITION CLAIMS OWING TO WORKFORCE PROGRAM ADMINISTRATORS OR PROVIDERS AND (E) GRANTING RELATED RELIEF**

Upon the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Payment of Certain Prepetition Workforce Obligations, (B) Authorizing Continuance of Workforce Programs, (C) Authorizing Payment of Withholding and Payroll-Related Taxes, (D) Authorizing Payment of Prepetition Claims Owing to Workforce Program Administrators or Providers and (E) Granting Related Relief* [Docket No. 10] (the "<u>Motion</u>")[2] filed by the above-captioned affiliated debtors and debtors-in-possession (the "<u>Debtors</u>"); and this Court having entered that certain *Interim Order (A) Authorizing Payment of Certain Prepetition Workforce Obligations, (B) Authorizing Continuance of Workforce Programs, (C) Authorizing Payment of Withholding and Payroll-Related Taxes, (D) Authorizing Payment of Prepetition Claims Owing to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443). The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

27438183.4

*Workforce Program Administrators or Providers and (E) Granting Related Relief* [Docket No. 59]; and this Court having entered that certain *Corrected Interim Order (A) Authorizing Payment of Certain Prepetition Workforce Obligations, (B) Authorizing Continuance of Workforce Programs, (C) Authorizing Payment of Withholding and Payroll-Related Taxes, (D) Authorizing Payment of Prepetition Claims Owing to Workforce Program Administrators or Providers and (E) Granting Related Relief* [Docket No. 74]; and a certification of counsel being filed on December 10, 2020 regarding the entry of this supplemental order and setting forth certain facts related thereto; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The PTO cash-out payments made on or about December 4, 2020, in the aggregate amount of $16,338, to nineteen (19) of the Debtors' employees in accordance with the Debtors' company policy regarding PTO are hereby authorized and approved by this supplemental order (the "Supplemental Order").

2. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Supplemental Order.

Dated: December 10th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

27438183.4