**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | ) | Case No. 20-13005 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 15, 116 & 119** |

**NOTICE OF FILING OF SECOND SUPPLEMENT TO THE JOINT PREPACKAGED
CHAPTER 11 PLAN OF REORGANIZATION OF
NORTHWEST HARDWOODS, INC., AND ITS DEBTOR AFFILIATES**

On December 16, 2020, Northwest Hardwoods, Inc. and its affiliated debtors and debtors-in-possession (each, a "Debtor," and collectively, the "Debtors") filed that certain *Notice of Filing of Supplement to the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates* [Docket No. 116] (the "Original Plan Supplement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in support of the *Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates* [Docket No. 15] (as may be amended, supplemented, or modified from time to time, the "Plan").[2]

The Original Plan Supplement is hereby supplemented (as supplemented herein, together with the Original Plan Supplement, the "Plan Supplement") to include the document set forth

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443).  The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.  On December 20, 2020, the Debtors filed a blacklined version of the Plan [Docket No. 119] indicating changes made to the Plan.

below.  The contents of the Plan Supplement are integral to, part of and incorporated into the Plan.

These documents have not yet been approved by the Bankruptcy Court.  If the Plan is confirmed

by the Bankruptcy Court, the documents contained in the Plan Supplement will be approved by

the Bankruptcy Court pursuant to the Confirmation Order.

| Exhibit | Plan Supplement Document |
|---------|--------------------------|
| G | Form of Reorganized HHI Limited Liability Company Agreement[3] |

Certain documents, or portions thereof, contained in the Plan Supplement remain subject

to continuing negotiations among the Debtors, the Required Consenting Stakeholders, the Exit

ABL Agent, and the lenders party to the ABL Credit Agreement (the "Lenders") and/or other

interested parties with respect thereto and to the agreement and approval of the applicable parties.

Subject to the terms and conditions of the Plan and the Restructuring Support Agreement, the

Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the

documents and designations contained therein, at any time before the Effective Date of the Plan,

or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

Each of the documents contained in the Plan Supplement or its amendments are subject to certain

consent and approval rights to the extent provided in the Plan or the Restructuring Support

Agreement.

*[Remainder of Page Intentionally Blank]*

---

[3]    On or prior to the Effective Date, either (i) HHI will be converted into a Delaware limited liability company, or (ii) a newly formed Delaware limited liability company will be inserted above HHI. References to "Reorganized HHI" in this Plan Supplement are to the limited liability company referred to in either clause (i) or (ii). Accordingly, the Reorganized HHI Limited Liability Company Agreement will replace the New Shareholders Agreement and serve as the New Organizational Document for Reorganized HHI.

Dated:    December 21, 2020
          Wilmington, Delaware      */s/ Jacob D. Morton*
                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                    Sean M. Beach (No. 4070)
                                    Jacob D. Morton (No. 6684)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware 19801
                                    Tel:    (302) 571-6600
                                    Fax:    (302) 571-1253
                                    Email: sbeach@ycst.com
                                            jmorton@ycst.com

                                    GIBSON, DUNN & CRUTCHER LLP
                                    David M. Feldman  (admitted *pro hac vice*)
                                    J. Eric Wise  (admitted *pro hac vice*)
                                    Matthew K. Kelsey  (admitted *pro hac vice*)
                                    Alan Moskowitz  (admitted *pro hac vice*)
                                    200 Park Avenue
                                    New York, New York 10166
                                    Tel:    (212) 351-4000
                                    Fax:    (212) 351-4035
                                    Email: dfeldman@gibsondunn.com
                                            ewise@gibsondunn.com
                                            mkelsey@gibsondunn.com
                                            amoskowitz@gibsondunn.com

                                    *Proposed Counsel to the Debtors and Debtors in*
                                    *Possession*