# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | ) | Case No. 20-13005 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 6, 2021 AT 11:00 A.M. (ET)

---

The hearing will be conducted via Zoom and CourtCall.

Any party that wishes to participate in the Hearing must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).
If you are planning to speak, please also use Zoom.

Zoom connection details are as follows:

Topic: Northwest Hardwoods 20-13005
Time: Jan 6, 2021 11:00 AM Eastern Time (US and Canada)
**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1610156147
**Meeting ID: 161 015 6147**
**Passcode: 888567**

---

## RESOLVED MATTERS

1. Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, Effective as of the Petition Date [D.I. 108, 12/16/20]

    Response Deadline:                          December 30, 2020 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443). The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

[2] **Amended items appear as bolded.**

27558978.1

  Responses Received:      Informal comments from the Office of the United States Trustee

  Related Documents:

  A. Certification of Counsel [D.I. 135, 12/31/20]

  B. Supplemental Declaration of Sean M. Beach [D.I. 137, 12/31/20]

  C. Order [D.I. 141, 1/4/21]

  Status: The Order has been entered. No hearing is necessary.

2. Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Prime Clerk LLC as Administrative Advisor to the Debtors, Effective as of the Petition Date [D.I. 109, 12/16/20]

  Response Deadline:      December 30, 2020 at 4:00 p.m. (ET)

  Responses Received:      Informal comments from the Office of the United States Trustee

  Related Documents:

  A. Certification of Counsel [D.I. 136, 12/31/20]

  B. Order [D.I. 142, 1/4/21]

  Status: The Order has been entered. No hearing is necessary.

3. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Gibson Dunn & Crutcher LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date [D.I. 114, 12/16/20]

  Response Deadline:      December 30, 2020 at 4:00 p.m. (ET)

  Responses Received:      Informal comments from the Office of the United States Trustee

  Related Documents:

  A. Certification of Counsel [D.I. 138, 12/31/20]

  B. Order [D.I. 143, 1/4/21]

  Status: The Order has been entered. No hearing is necessary.

4. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Financial Advisor for the Debtors Effective as of the Petition Date [D.I. 110, 12/16/20]

    Response Deadline:    December 30, 2020 at 4:00 p.m. (ET)

    Responses Received:    Informal comments from the Office of the United States Trustee

    Related Documents:

    A.    Supplemental Declaration of Aaron Kibbey [D.I. 144, 1/4/21]

    B.    Certification of Counsel [D.I. 146, 1/4/21]

    C.    Order [D.I. 148, 1/4/21]

    Status:    The Order has been entered. No hearing is necessary.

5. Debtors' Application to Retain and Employ KPMG LLP as Accounting and Valuation Advisor Effective as of the Petition Date [D.I. 111, 12/16/20]

    Response Deadline:    December 30, 2020 at 4:00 p.m. (ET)

    Responses Received:    Informal comments from the Office of the United States Trustee

    Related Documents:

    A.    Supplemental Declaration of Peter Lyster [D.I. 145, 1/4/21]

    B.    Certification of Counsel [D.I. 147, 1/4/21]

    C.    Order [D.I. 151, 1/4/21]

    Status:    The Order has been entered. No hearing is necessary.

6. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Moss Adams LLP as Tax Advisor for the Debtors Effective as of the Petition Date [D.I. 113, 12/16/20]

    Response Deadline:    December 30, 2020 at 4:00 p.m. (ET)

    Responses Received:    Informal comments from the Office of the United States Trustee

    Related Documents:

    A.    Supplemental Declaration of Arnie McClellan [D.I. 149, 1/4/21]

  B.  Certification of Counsel [D.I. 157, 1/4/21]

  C.  Order [D.I. 160, 1/4/21]

 Status:  The Order has been entered.  No hearing is necessary.

7. Debtors' Application for Entry of an Order Authorizing Debtors to Retain and Employ Miller Nash Graham & Dunn LLP as Special Business Counsel Effective as of the Petition Date [D.I. 112, 12/16/20]

 Response Deadline:  December 30, 2020 at 4:00 p.m. (ET)

 Responses Received:  Informal comments from the Office of the United States Trustee

 Related Documents:

  A.  Supplemental Declaration of R. Gibson Masters [D.I. 158, 1/4/21]

  B.  Certification of Counsel [D.I. 159, 1/4/21]

  C.  Order [D.I. 165, 1/4/21]

 Status:  The Order has been entered.  No hearing is necessary.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

8. Debtors' Motion for Entry of an Order Authorizing the Submission of an Order Under Certification of Counsel Closing Certain of the Chapter 11 Cases [D.I. 128, 12/24/20]

 Response Deadline:  January 4, 2021 at 10:00 a.m. (ET)

 Responses Received:  Informal comments from the Office of the United States Trustee

 Related Documents:

  A.  Debtors' Motion for Order Shortening the Time for Notice of Debtors' Motion for Entry of an Order Authorizing the Submission of an Order Under Certification of Counsel Closing Certain of the Chapter 11 Cases [D.I. 129, 12/24/20]

  B.  Order Shortening the Time for Notice of Debtors' Motion for Entry of an Order Authorizing the Submission of an Order Under Certification of Counsel Closing Certain of the Chapter 11 Cases [D.I. 131, 12/28/20]

  C.  Certification of Counsel Regarding Revised Proposed Order Authorizing the Debtors to Submit Under Certification of Counsel an Order Closing Certain of the Chapter 11 Cases [D.I. 166, 1/4/21]

    D.    **Order Authorizing the Debtors to Submit Under Certification of Counsel an Order Closing Certain of the Chapter 11 Cases [D.I. 168, 1/4/21]**

    **Status:**    The Order has been entered. No hearing is necessary.

## MATTERS GOING FORWARD

9.    Combined Disclosure Statement and Confirmation Hearing

    Response Deadline:    December 30, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    C.    Informal comments from Gadwell

    D.    Informal comments from multiple Texas Taxing Authorities

    E.    Informal comments from the United States Department of Justice

    F.    Informal comments from Chubb/Westchester Fire

    G.    Objection of Harris County to Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 126, 12/23/20]

    Related Documents:

    H.    Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 15, 11/23/20]

    I.    Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc. and Its Debtor Affiliates [D.I. 16, 11/23/20]

    J.    Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Conditionally Approving Prepetition Solicitation Procedures; (IV) Approving the Form and Manner of Notice of the Combined Hearing and Objection Deadline; (V) Approving Notice and Objection Procedures for the Assumption and Rejection of Executory Contracts and Unexpired Leases; (VI) (A) Providing that the United States Trustee Shall Not Be Required to Convene Section 341(a) Meeting of Creditors and (B) Extending the Time for Debtors to File Statements of Financial Affairs and Schedules of Assets and Liabilities and Rule 2015.3 Reports, and Permanently Waiving Requirement to File Same upon Confirmation of the Debtors' Prepackaged Plan; and (VII) Granting Related Relief [D.I. 64, 11/24/20]

    K.    Notice of (I) Commencement of Prepackaged Chapter 11 Cases, (II) Combined Hearing to Consider (A) Adequacy of Disclosure Statement and (B) Confirmation

        of Prepackaged Plan, (III) Assumption and Rejection of Executory Contracts and Unexpired Leases and (IV) Objection Deadlines – and – Summary of Prepackaged Plan [D.I. 68, 11/24/20]

L.    Certificate of Publication [D.I. 76, 12/8/20]

M.    Notice of Filing of Supplement to the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 116, 12/16/20]

N.    Notice of Filing of Blacklined Version of Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 119, 12/20/20]

O.    Notice of Filing of Second Supplement to the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 122, 12/21/20]

P.    Notice of Filing of Blacklined Version of Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 132, 12/28/20]

Q.    Memorandum of Law in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc. and Its Debtor Affiliates [D.I. 150, 1/4/21]

R.    Notice of Filing of Proposed Confirmation Order [D.I. 151, 1/4/21]

S.    Declaration of Nathan Jeppson[3] in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc. and Its Debtor Affiliates [D.I. 153, 1/4/21]

T.    Declaration of Stephen Darr[4] in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc. and Its Debtor Affiliates [D.I. 154, 1/4/21]

U.    Declaration of Aaron Kibbey[5] in Support of an Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II)

---

[3] The location of the declarant is Bellevue, Washington.

[4] The location of the declarant is Chester, New Hampshire.

[5] The location of the declarant is Lawrenceville, New Jersey.

27558978.1

          Confirming the Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc. and Its Debtor Affiliates [D.I. 155, 1/4/21]

    V.    Declaration of James F. Daloia[6] of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtors Affiliates [D.I. 156, 1/4/21]

    W.    **Notice of Filing of Third Supplement to the Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates [D.I. 172, 1/5/21]**

  Status:    This matter is going forward. All responses received and noted above in subparagraphs A through G have been resolved.

10.    Debtors' Motion for Entry of Order (I) Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 115, 12/16/20]

    Response Deadline:    December 30, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.    Objection of the Office of the United States Trustee [D.I. 140, 1/3/21]

    Related Documents:

    B.    **Certification of Counsel [D.I. 171, 1/5/21]**

    **Status:**    **A revised form of order resolving the objection has been submitted under Certification of Counsel. Unless the Court has questions regarding the requested relief, no hearing is necessary.**

---

[6] The location of the declarant is Manhasset, New York.

27558978.1

Dated: January 6, 2021
Wilmington, Delaware

*/s/ Jacob D. Morton*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Jacob D. Morton (No. 6684)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email:  sbeach@ycst.com
        jmorton@ycst.com

GIBSON, DUNN & CRUTCHER LLP
David M. Feldman (admitted *pro hac vice*)
J. Eric Wise (admitted *pro hac vice*)
Matthew K. Kelsey (admitted *pro hac vice*)
Alan Moskowitz (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035
Email:  dfeldman@gibsondunn.com
        ewise@gibsondunn.com
        mkelsey@gibsondunn.com
        amoskowitz@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

27558978.1