### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NORTHWEST HARDWOODS, INC., *et al.*,[1] | ) Case No. 20-13005 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket Nos. 15, 116, 119, 122, 132,** |
|  | ) **172, 175, 176 & 193** |

### NOTICE OF (I) ENTRY OF ORDER (A) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT AND THE PREPETITION SOLICITATION PROCEDURES AND (B) CONFIRMING THE JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION; AND (II) EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT:**

1. **Confirmation of the Plan**. On January 6, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 175] (the "Confirmation Order"), which, among other things, confirmed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates* [Docket No. 15] (the "Original Plan" and, as amended by the *Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Northwest Hardwoods, Inc., and Its Debtor Affiliates* (the "Second Amended Plan"),[2] and as may be further modified or amended, and including all supplements and exhibits thereto, the "Plan," attached as **Exhibit A** to the Confirmation Order).[3] Copies of the Confirmation Order and the Plan may be obtained free of charge at **https://cases.primeclerk.com/nwh**.

2. **Occurrence of Effective Date**. The Effective Date of the Plan occurred on January 29, 2021. Each of the conditions precedent to the Effective Date has been satisfied or waived in accordance with the terms of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Northwest Hardwoods, Inc. (5401), Hardwoods Intermediate Holdings II, Inc. (7760), and Hardwoods Holdings, Inc. (3443). The location of the Debtors' service address in these chapter 11 cases is: 1313 Broadway, Suite 300, Tacoma, WA 98402.

[2] The Debtors filed the final amended version of the Plan, as confirmed, on January 6, 2021 [Docket No. 176].

[3] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

27653237.4

3. **Bar Date for Professional Fee Claims**.  Any holders of Professional Fee Claims for services rendered before the Effective Date must file and serve an application for final allowance of such Professional Fee Claim no later than March 15, 2021, in accordance with Article I.A(105) and Article II.B(1) of the Plan.  Any holders of Professional Fee Claims that do not file and serve such application by such date shall be forever barred from asserting such Professional Fee Claims, and such Professional Fee Claims shall be deemed discharged as of the Effective Date.  Objections to Professional Fee Claims must be filed and served on the Reorganized Debtors and the applicable Professional no later than thirty (30) days after the filing of the final fee application with respect to such Professional Fee Claims.

4. **Requests for Notice Filed Prior to the Effective Date**.  Any party that filed a request for notice under Bankruptcy Rule 2002 prior to the Effective Date must file a renewed request with the Bankruptcy Court after the Effective Date to receive documents pursuant to Bankruptcy Rule 2002 after the date hereof.

5. **Binding Effect of the Plan**.  The terms of the Plan (including the Plan Supplement and the exhibits thereto) and the Confirmation Order are immediately effective and enforceable and binding upon all parties in interest, including the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective of whether such Holders accepted the Plan).

*[Remainder of Page Intentionally Left Blank]*

Dated: January 29, 2021
       Wilmington, Delaware

*/s/ Jacob D. Morton*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Jacob D. Morton (No. 6684)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: sbeach@ycst.com
        jmorton@ycst.com

GIBSON, DUNN & CRUTCHER LLP
David M. Feldman  (admitted *pro hac vice*)
J. Eric Wise  (admitted *pro hac vice*)
Matthew K. Kelsey  (admitted *pro hac vice*)
Alan Moskowitz  (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035
Email: dfeldman@gibsondunn.com
       ewise@gibsondunn.com
       mkelsey@gibsondunn.com
       amoskowitz@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*